Dale C. Campbell, State Bar No. 99173
Charles L. Post, State Bar No. 160443
James Kachmar, State Bar No. 216781
**weintraub** genshlea chediak
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Plaintiffs
MV Transportation, Inc. and
MV Public Transportation, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MV TRANSPORTATION, INC., a California corporation; and MV PUBLIC TRANSPORTATION, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>JANET DAVIS; and DOES 1 through 20, inclusive,<br><br>Defendants, | Case No.<br><br>DECLARATION OF KEVIN KLIKA IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR ISSUANCE OF A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE<br><br>Date:<br>Time:<br>Dept:<br><br>Complaint Filed: |

I, Kevin Klika, declare:

1.    I am president of MV Public Transportation, Inc., ("MV"), a plaintiff in this action. I was initially hired by MV in 1999 as its chief operating officer. I have been president of MV Public for three (3) years. I make this declaration of my own personal knowledge, except as to matters stated herein on my information and belief, and, as to those matters, I believe them to be true and correct. If called as a witness, I could and would competently testify to the matters contained herein.

2.  I know defendant Janet Davis ("Davis") and worked with her during the period of her employment with MV. I spoke with Davis on the day she gave notice of her resignation from MV. The first of these conversations took place prior to her announcing her resignation. In the first of the two conversations, Davis indicated that she was unhappy in her employment at MV and that she had been looking for employment elsewhere. She said that she had been approached by several of MV's competitors, including Laidlaw Transportation, Inc. and First Transit. She said she had serious discussions with Veolia Transportation and told me that they had made an offer of employment to her. She said she had also had serious discussions with Google, the website, to work on programs that would allow the planning of regional and cross-country travel using public land-based transportation through a Google website function. Davis indicated to me that she was leaning toward the Google opportunity, but her remarks also led me to believe that she was seriously considering the Veolia opportunity as well. Davis either expressly stated or strongly implied that Google had made her an offer of employment. Davis told me that her attorneys had reviewed her Non-Competition Agreement with MV.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 7th, 2007, at Fairfield, California.

_____
Kevin Klika

{12700/15923/CLP/0992558.DOC;}    2    Decl. of Kevin Klika ISO Temporary Restraining Order & Prelim. Injunction