Dale C. Campbell, State Bar No. 99173
Charles L. Post, State Bar No. 160443
James Kachmar, State Bar No. 216781
**Weintraub** genshlea chediak
A law corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Plaintiffs
MV Transportation, Inc. and
MV Public Transportation, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MV TRANSPORTATION, INC., a California corporation; and MV PUBLIC TRANSPORTATION, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>JANET DAVIS; and DOES 1 through 20, inclusive,<br><br>Defendants, | Case No.<br><br>DECLARATION OF CHAD HOCKMAN IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR ISSUANCE OF A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE<br><br>Date:<br>Time:<br>Dept:<br><br>Complaint Filed: |

I, Chad Hockman, declare:

1. I am currently the Cincinnati general manager of MV Transportation, Inc., a corporation organized and existing under the laws of the State of California, a plaintiff in this action. I make this declaration of my own personal knowledge, except as to matters stated herein on my information and belief, and, as those matters, I believe them to be true and correct. If called as a witness, I could and would competently testify to the matters contained herein.

2. I have been the Cincinnati general manager of MV for approximately three years. Before that, I was a district manager for MV for approximately three years. As district manager and general manager, I oversee the transportation management contracts MV enters into.

3. MV has a service contract with Access Services to provide ADA paratransit bus service. Access Services runs the ADA paratransit services for the regional transit authority in the Cincinnati area known as the Southwest Ohio Regional Transit Authority. MV entered into a contract with Access Services approximately six years ago. The director of the paratransit services is Mary Moning. I personally have known Mary Moning for six years and have worked with her for the past four. Mary Moning is one of the decision makers in terms of contracts for Access Services.

4. MV's contract with Access Services expires in February 2008. Access Services has issued a request for proposal to prospective transportation service providers who may be interested in bidding on the new contract. On or about October 12, 2007, I attended a pre-bid meeting at Access Services. The purpose of the meeting was to provide prospective bidders with information concerning the scope of services provided by Access Services and to provide prospective bidders with the opportunity to come to ask questions of Access Services and get a tour of the facilities.

5. During the tour of the facilities, Ms. Moning described the software applications that are currently being provided by MV. Ms. Moning pointed out the automated scheduling monitors and explained that some of the scheduling display screens and reports were generated by software belonging to MV and the other bidders would have to supply their own software with similar capabilities and functionality. At one point during the tour, Ms. Moning stated that no one had the same capabilities as MV in terms of paratransit services and the automated computer applications. In response, a person who identified himself as representing Veolia, a direct competitor of MV, stated to Ms. Moning "you don't have to worry about that."

6. At the end of the meeting, Ms. Moning approached me and Bodie Lyon, MV's

weintraub genshlea chediak
LAW CORPORATION

1  Regional Vice President, and told us that the person from Veolia had just told her that Janet
2  Davis and Christopher Bryan had left MV to join Veolia. This was the first I had ever heard of
3  Janet Davis or Christopher Bryan leaving MV.

4      7. The software applications shown by Mary Moning are proprietary to MV. The
5  software applications are used by MV to market, attract, and to secure new clients. The
6  software is also a very valuable asset of MV to retain clients. To my knowledge, no one else
7  has the software with the capabilities that are currently being provided by MV's proprietary
8  software.

9  I declare under penalty of perjury that the foregoing is true and correct.
10  Executed on November 7, 2007, at Cincinnati, Ohio. .

*/s/ Chad Hockman*
Chad Hockman

weintraub genshlea chediak
LAW CORPORATION

{12700/16121/DCC/0994380.DOC;}   3   Decl. of Chad Hockman ISO Temporary
Restraining Order & Prelim. Injunction