Dale C. Campbell, State Bar No. 99173
Charles L. Post, State Bar No. 160443
James Kachmar, State Bar No. 216781
**weintraub** genshlea chediak
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Plaintiffs
MV Transportation, Inc. and
MV Public Transportation, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MV TRANSPORTATION, INC., a California corporation; and MV PUBLIC TRANSPORTATION, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>JANET DAVIS; and DOES 1 through 20, inclusive,<br><br>Defendants, | Case No.<br><br>DECLARATION OF SEAN KIMBLE IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR ISSUANCE OF A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE<br><br>Date:<br>Time:<br>Dept:<br><br>Complaint Filed: |

I, Sean Kimble, declare:

1. I am the executive vice president for human resources at MV Transportation, Inc., a corporation organized and existing under the laws of the State of California ("MV"). I have held this position since March 7, 2005. MV is the plaintiff in the above-entitled action. I make this declaration of my own personal knowledge, except as to matters stated herein on my information and belief, and, as to those matters, I believe them to be true and correct. If called as a witness, I could and would competently testify to the matters contained herein.

///

2.   MV and its subsidiaries employ more than 10,000 persons in the United States. Among other things, MV provides mass transit and public transportation to a variety of communities and entities throughout the United States. MV is headquartered in Fairfield, California.

3.   The personnel records and documents of MV show that defendant Janet Davis ("Davis") began employment with MV as a result of agreements entered into as part of a sale of goodwill by Local Motion ITS, Inc., a Virginia corporation ("Local Motion") to MV. That sale is memorialized in a Share Purchase Agreement between Local Motion's shareholders and MV dated December 2003 (the "Share Purchase Agreement"). A true and correct copy of the Share Purchase Agreement is attached to the Declaration of Jon Monson filed concurrently herewith.

4.   MV's records show that Davis commenced employment with MV on or about December 15, 2003, through MV's subsidiary, Local Motion. Davis later became a direct employee of MV Public Transportation, Inc.

5.   I understand that Davis resigned her employment with MV on October 10, 2007.

6.   In a telephone conversation with Davis on October 18, 2007, Davis informed me that she had accepted a position with Veolia Transportation, Inc. ("Veolia").

7.   Christopher Bryan was, until October 26, 2007, an MV employee who worked under Davis's supervision. Mr. Bryan was hired by MV on or about January 19, 2004. During the time he was employed by MV, he was employed as director of information technology.

8.   On or about October 11, 2007, Mr. Bryan resigned his employment with MV.

9.   In my telephone conversation with Davis on October 18, 2007, Davis told me that she had accepted a position at Veolia in exactly the "same role" as she had played at MV. She also told me that she was taking Christopher Bryan with her.

10.  I understand that Veolia is, among other things, involved in the same business as MV and is one of MV's significant competitors.

///

11. Based on my conversations with Davis, I understand that, prior to accepting a position with Veolia, Davis received an offer for a position with Google and that she seriously considered accepting that position but that Christopher Bryan did not want to go to Google so they accepted the offer from Veolia since they were a package deal. I do not believe that Google is a competitor of MV.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 8, 2007, at Omaha, ~~California.~~ Nebraska

_____
Sean Kimble

{12700/16121/DCC/0994237.DOC;}            3            Decl. of Sean Kimble ISO Temporary
                                                        Restraining Order & Prelim. Injunction

weintraub genshlea chediak
LAW CORPORATION