United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MV TRANSPORTATION INC., et al.,

    Plaintiffs,

    v.

JANET DAVIS, et al.,

    Defendants.

_____/

No. C 07-5712 PJH

**NOTICE AND ORDER SETTING HEARING**

Before the court is plaintiffs' motion for temporary restraining order. Plaintiffs seek an order temporarily restraining defendant from violating the non-solicitation provisions of a non-compete agreement that defendant allegedly executed, and further enjoining defendant's employment or continued employment in violation of the non-compete agreement.

The hearing on plaintiffs' motion for temporary restraining order has been set for **November 21**, **2007**, at 9:00 a.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Defendant's opposition, if any, shall be filed no later than Friday, November 16.

The court furthermore notes that plaintiffs have not yet filed a proof of service with the court demonstrating defendant's receipt of either the complaint, or the instant motion. Accordingly, plaintiffs are furthermore ORDERED to serve (1) the complaint, (2) the instant motion papers, and (3) this order upon defendant by the close of business day today. In the event plaintiffs have already served defendant with the complaint and motion papers, plaintiffs need only serve defendant with a copy of this order. In any event, no hearing on plaintiffs' motion for temporary restraining order shall take place until all parties have been

served.

**IT IS SO ORDERED.**

Dated: November 13, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge