UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MV TRANSPORTATION INC., et al.,

    Plaintiffs,

    v.

JANET DAVIS, et al.,

    Defendants.
_____/

No. C 07-5712 PJH

**ORDER AMENDING BRIEFING SCHEDULE RE TRO HEARING**

On November 13, 2007, the court entered an order setting a hearing date of November 21 in connection with plaintiff's pending motion for temporary restraining order, and instructing plaintiff's counsel to serve defendant with copies of plaintiff's complaint, motion, and the court's order, by the close of business day. Yesterday afternoon, November 15, defense counsel contacted the court via telephone, and notified the court that he did not receive service of plaintiff's pending motion for temporary restraining order until that very afternoon. Defense counsel stated his need for additional time in order to file defendant's opposition to plaintiff's motion.

The court hereby grants defendant until Monday, **November 19**, **2007**, in which to file an opposition brief to the motion. The hearing on the motion shall take place as scheduled, on November 21, 2007. In view of the parties' need to have the matter decided in a short time frame, no alternative schedule is possible, as the court has no other dates available for hearing until January 2008.

**IT IS SO ORDERED.**

Dated: November 16, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge