L. Eric Dowell, Arizona SBN 011458
Alec Hillbo, Arizona SBN 020185
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C., SBN 00504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
Fax: (602) 778-3750
eric.dowell@OgletreeDeakins.com
alec.hillbo@OgletreeDeakins.com

Attorneys for Defendant Janet Davis

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MV TRANSPORTATION, INC., a California corporation; and MV PUBLIC TRANSPORTATION, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JANET DAVIS; and DOES 1 through 20, inclusive,<br><br>Defendant. | No. CV-07-5712 (PJH)<br><br>**DECLARATION OF CHRISTOPHER BRYAN** |

1. I declare that I am over the age of eighteen and the facts stated herein are based on my personal knowledge. If called as a witness, I could and would competently testify to the matters stated herein.

2. I am a resident of San Antonio, Texas. I work out of my home. I have been in San Antonio for approximately thirteen years.

3. I am currently employed with Veolia. I am director of business improvement and application development.

4. I understand that one of my former employees, John Smolenski, recommended me and Janet Davis to Mark Joseph at Veolia.

5. Mark Joseph contacted me directly to inquire if I was interested in employment with Veolia and subsequently asked me to join Veolia. Ms. Davis did not suggest or ask me to leave MV's employment.

6. Ms. Davis told me that she was leaving Veolia but she did not solicit or induce me to leave MV for Veolia. She did not encourage me to leave MV and, on several occasions, she actually cautioned me about leaving the security of MV for a new job.

7. I independently made the decision to leave MV's employ and join Veolia. Ms. Davis did not negotiate a deal for me with Veolia. I negotiated with Veolia on my own.

8. I ultimately decided that I wanted to leave MV. I was not happy with the morale at MV or the direction of the information technology at MV.

9. I understand that MV claims Ms. Davis and I were a package deal. This is not true. Either of us could have gone to Veolia without the other.

10. I understand that Veolia independently assessed whether to consider me for employment and contacted my former employer, Trapeze, for references.

11. MV alleges that someone at Veolia said that they were planning on using MV technology for the Access Services account. This is absolutely not true. Marsha Madrid contacted me and asked me if this was true. I told her it was not true and I asked her where she heard this. Ms. Madrid said she heard this from Mary Monning at Access Services. I contacted Mary Monning and reassured her that Veolia was not taking any MV technology. Mary confirmed that no one from Veolia had said that they were taking MV's technology. I called Marsha Madrid back and advised her that, again, Mary Monning confirmed that no one had said anything about taking information from MV.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on November 19, 2007, in San Antonio, Texas.

_____
Christopher Bryan

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016