L. Eric Dowell, Arizona SBN 011458 (*Pro Hac Vice pending*)
Alec Hillbo, Arizona SBN 020185 (*Pro Hac Vice pending*)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C., SBN 00504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
Fax: (602) 778-3750
eric.dowell@OgletreeDeakins.com
alec.hillbo@OgletreeDeakins.com

Linda Claxton, California SBN 125729
David A. Garcia, California SBN 218356
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C., SBN 00504800
633 West 5th Street, 53rd Floor
Los Angeles, California  90071
Telephone: (213) 239-9800
Fax: (213) 239-9045
linda.claxton@ogletreedeakins.com
david.garcia@ogletreedeakins.com

Attorneys for Defendant Janet Davis

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MV TRANSPORTATION, INC., a California corporation; and MV PUBLIC TRANSPORTATION, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>JANET DAVIS; and DOES 1 through 20, inclusive,<br><br>    Defendant. | No. CV-07-5712 (PJH)<br><br>**DECLARATION OF**<br><br>**MARK L. JOSEPH** |

///

///

1. I declare that I am over the age of eighteen and the facts stated herein are based on my personal knowledge. If called as a witness, I could and would competently testify to the matters stated herein.

2. I am the CEO of Veolia Transportation, Inc. I have been with Veolia since Veolia acquired my own company, Yellow Transportation, Inc., in 2001. It is a subsidiary of Veolia Environnement, S.A., the largest environmental services company in the world, providing energy, waste management, water management and transportation services to towns and cities throughout the United States. Veolia Transportation performs approximately 130 contracts in the U.S., primarily operating and maintaining ground transportation services in commuter rail, fixed route bus, and paratransit services. In approximately July 2007, John Smolenski gave me the names of Janet Davis and Christopher Bryan as possible recruits for employment with Veolia.

3. I contacted Ms. Davis and discussed possible employment with Veolia. I traveled to Phoenix to interview Ms. Davis and she later traveled to Chicago to meet with Veolia's management team. Eventually, we hired Ms. Davis as Vice President of Business Improvement. In this role, the Company expects that Ms. Davis will work with the Company's Chief Operating Officer to improve operations at our many transit and paratransit locations, work with our outside vendor, Trapeze, where Ms. Davis was previously employed for many years, on improving our software applications for our own internal use, and work with our Senior Vice President for Business Development on developing business proposals and expanding our business opportunities. Ms. Davis has been specifically instructed that she is not to violate any confidentiality obligations to her former employer and Veolia would not tolerate any exceptions to this instruction.

4. I recruited Christopher Bryan to join Veolia. Mr. Bryan and I negotiated the terms and conditions of his employment independent of Ms. Davis. At no time did I ask Ms. Davis to solicit or recruit Mr. Bryan or negotiate with or offer employment to him. I did not consider Ms. Davis and Mr. Bryan to be a package deal in that I did not make Ms. Davis' or Mr. Bryan's employment contingent on the other also coming to Veolia.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 778-3700

Mr. Bryan has been specifically instructed that he is not to violate any confidentiality obligations to his former employer.

5. At present, Veolia is developing its own expertise with Trapeze and elsewhere around the world for its own internal purposes. It does not market software application services apart from the transit contracts it performs. Trapeze is the world's largest vendor of proprietary software applications for paratransit business and one of the largest for transit software applications as well. Veolia has no interest in or need for any MV confidential or proprietary information, and would under no circumstances accept the disclosure of it.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on November 19, 2007, in Silver Spring, Maryland.

_____
Mark L. Joseph

DATED this 19th day of November 2007.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By /s/ L. Eric Dowell
   L. Eric Dowell
   Alec Hillbo
   2415 E. Camelback Road, Suite 800
   Phoenix, Arizona 85016

   Linda Claxton
   David A. Garcia
   633 West 5th Street, 53rd Floor
   Los Angeles, California 90071

   Attorneys for Plaintiffs/Counterdefendants

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of November 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alex James Kachmar
Charles L. Post
Dale Curtis Campbell
Weintraub Genshlea Chediak
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Attorneys for Plaintiff


/s/ Suzanne Cooke
Suzanne Cooke

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 778-3700

4

53444601