L. Eric Dowell, Arizona SBN 011458
Alec Hillbo, Arizona SBN 020185
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C., SBN 00504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
Fax: (602) 778-3750
eric.dowell@OgletreeDeakins.com
alec.hillbo@OgletreeDeakins.com

Attorneys for Defendant Janet Davis

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MV TRANSPORTATION, INC., a California corporation; and MV PUBLIC TRANSPORTATION, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>JANET DAVIS; and DOES 1 through 20, inclusive,<br><br>    Defendant. | No. CV-07-5712 (PJH)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, L. Eric Dowell, an active member in good standing of the bar of the United States District Court for the District of Arizona, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant Janet Davis in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.  I agree to abide by the Standards of Professional conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.  An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    David A. Garcia
    633 West 5th Street, 53rd Floor
    Los Angeles, CA 90071
    (213) 239-9800

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11-19-07

L. Eric Dowell

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 778-3700

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of November 2007, I served the attached document via U.S. Mail, postage prepaid, to:

Alex James Kachmar
Charles L. Post
Dale Curtis Campbell
Weintraub Genshlea Chediak
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Attorneys for Plaintiff

_Suzanne Cooke_
Suzanne Cooke

5341642.1

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 778-3700

Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MV TRANSPORTATION, INC.,
a California corporation; and MV PUBLIC
TRANSPORTATION, INC., a California
corporation,

              Plaintiff(s),

v.

JANET DAVIS; and DOES 1 through 20,
inclusive,

             Defendant(s).

CASE NO. CV07-5712 (PJH)

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

L. Eric Dowell, an active member in good standing of the bar of the U.S. District Court, District of Arizona (particular court to which applicant is admitted) whose business address and telephone number is 2415 E. Camelback Road, Suite 800, Phoenix, Arizona 85016, (602) 778-3700, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Janet Davis.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                                    United States District Judge