**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES**</u>

**Date:  November 21, 2007**                          **JUDGE:  Phyllis J. Hamilton**


**Case No:  C-07-5712  PJH**

**Case Name: MV Transportation Inc., et al. v. Janet Davis, et al.**


**Attorney(s) for Plaintiff:**        **Charles Post**
**Attorney(s) for Defendant:**        **Eric Dowell; Alec Hillbo**

**Deputy Clerk**: Nichole Heuerman                          **Court Reporter**: Kathy Wyatt


**PROCEEDINGS**

        Plaintiffs' Motion for Temporary Restraining-Denied as stated on the record.   Plaintiffs' request for an order to show cause re: preliminary injunction is granted as to limited issue as stated on the record.  The parties will be permitted to take discovery re: preliminary injunction motion.  Discovery to be completed within 8 weeks and plaintiff shall file the motion for preliminary injunction to be set on a 35 day briefing schedule.

        The court informs the parties that further briefing is necessary on defendant's motion to dismiss or transfer.  Plaintiff shall file an opposition by 12/5/07 and defendant shall file a reply by 12/12/07.  The motion will be decided on the papers.


        The applications for admission of attorney pro hac vice as to Alec Hillbo and Eric Dowell are approved by the court.


**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc:** file