Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MV TRANSPORTATION, INC.,
a California corporation; and MV PUBLIC
TRANSPORTATION, INC., a California
corporation,

    Plaintiff(s),

v.

JANET DAVIS; and DOES 1 through 20,
inclusive,

    Defendant(s).

CASE NO. CV07-5712 (PJH)

(~~Proposed~~)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

RECEIVED
NOV 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

L. Eric Dowell , an active member in good standing of the bar of the U.S. District Court, District of Arizona (particular court to which applicant is admitted) whose business address and telephone number is 2415 E. Camelback Road, Suite 800, Phoenix, Arizona 85016, (602) 778-3700, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Janet Davis.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated: 11/21/07

                                    United States District Judge