1  Dale C. Campbell, State Bar No. 99173
   Charles L. Post, State Bar No. 160443
2  James Kachmar, State Bar No. 216781
   **weintraub** genshlea chediak
3  a law corporation
   400 Capitol Mall, 11th Floor
4  Sacramento, California   95814
   (916) 558-6000 – Main
5  (916) 446-1611 – Facsimile

6  Attorneys for Plaintiffs
   MV Transportation, Inc. and
7  MV Public Transportation, Inc.

8

9                      UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13  MV TRANSPORTATION, INC., a California      )   Case No. 3:07-cv-05712-PJH
    corporation; and MV PUBLIC                 )
14  TRANSPORTATION, a California               )
    corporation,                               )
15                                             )   PROOF OF SERVICE RE
                                               )   SUMMONS, COMPLAINT, ETC. ON
16            Plaintiffs,                       )   DEFENDANT JANET DAVIS
                                               )
17       vs.                                   )
                                               )
18  JANET DAVIS; and DOES 1 through 20,        )
    inclusive,                                 )
19                                             )
              Defendants.                      )
20                                             )

21

22

23

24

25

26

27

28

{12700/16315/EAN/0999059.DOC;}                                    Proof of Service

| Attorney or Party without Attorney:<br>Dale C. Campbell, Esq., Bar #99173<br>Weintraub Genshlea Chediak<br>A Law Corporation<br>400 Capitol Mall, 11th Floor<br>Sacramento, CA 95814<br>Telephone No: 916-558-6000    FAX No: 916-446-1611 | For Court Use Only |
|---|---|

*Ref. No. or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*

United Stated District Court - Northern District Of California

*Plaintiff:* MV Transportation, Inc., et al.

*Defendant:* Janet Davis, et al.

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV075712 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint; Notice And Order Setting Hearing; Ex Parte Application For Temporary Restraining Order And Order To Show Cause; Declaration Of Marsha Moore; Declaration Of Bodie Lyon; [Proposed] Order To Show Cause Re Preliminary Injunction; [Proposed] Order Re: Ex Parte Application For Temporary Restraining Order; Ecf Registration Information Handout; Notice Of Assignment Of Case To A United State Magistrate Judge For Trial; Welcome To The U.S. District Court; Declaration Of Charles L. Post; Memorandum Of Points And Authorities; Declaration Of Sean Kimble; Declaration Of Chad Hockman; Order Setting Initial Case Management Conference And Adr Deadlines; Declaration Of Kevin Kilka; Declaration Of Jon Monson

3. a. *Party served:*        Janet Davis
  b. *Person served:*       Janet Davis, Personally

4. *Address where the party was served:*  6417 N. 183rd Avenue
                 Waddell, AZ 85355

5. *I served the party:*
  a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Nov. 15, 2007 (2) at: 8:00AM

7. *Person Who Served Papers:*          Recoverable Cost Per CCP 1033.5(a)(4)(B)
  a. Bryan Blair

                         d. *The Fee for Service was:*

                         e. I am: Not a Registered California Process Server

1st Nationwide Legal Services
501 12th Street
Sacramento CA, 95814

**Voice: 916.449.8990**
**FAX: 916.449.8991**

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date:Tue, Nov. 20, 2007

              PROOF OF SERVICE          (Bryan Blair)

                                    *dacam.80951*

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of _ARIZONA_

County of _MARICOPA_ } ss.

On _11/21/2007_ before me, _Princess Maxwell_,
　　　Date　　　　　　　before me,　Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared _BRYAN BLAIR_,
　　　　　　　　　　　　　　Name(s) of Signer(s)

☑ personally known to me
☑ proved to me on the basis of satisfactory evidence

PRINCESS MAXWELL
NOTARY PUBLIC  ARIZONA
MARICOPA COUNTY
My Commission Expires
April 24, 2011

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Signature of Notary Public

─────────────── OPTIONAL ───────────────

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

### Description of Attached Document

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

### Capacity(ies) Claimed by Signer

Signer's Name: _____

☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney-in-Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT
OF SIGNER
Top of thumb here

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org    Prod. No. 5907    Reorder: Call Toll-Free 1-800-876-6827

1   *MV Transportation, Inc., et al. v. Janet Davis, et al.*
    United States District Court, Northern District of California Case No. 3:07-cv-05712-PJH
2

3                                  PROOF OF SERVICE

4   I am a citizen of the United States, employed in the City and County of Sacramento, California.
    My business address is 400 Capitol Mall, 11th Floor, Sacramento, California 95814.  I am
5   over the age of 18 years and not a party to, nor interested in, the within action.  On this date, I
    caused to be served the following:
6

7           Proof of Service re Summons; Complaint; ECF Registration Information Handout;
            Notice of Assignment of Case to a United States Magistrate Judge for Trial; Welcome
8           to the U. S. District Court; Order Setting Initial Case Management Conference and
            ADR Deadlines; Notice and Order Setting Hearing; Ex Parte Application for Temporary
9           Restraining Order and Order to Show Cause; Memorandum of Points and Authorities;
            Declaration of Charles L. Post; Declaration of Marsha Moore; Declaration of Bodie
10          Lyon; Declaration of Sean Kimble; Declaration of Chad Hockman; Declaration of Kevin
            Klika; Declaration of Jon Monson; [Proposed] Order to Show Cause re Preliminary
11          Injunction; and [Proposed] Order re Ex Parte Application for Temporary Restraining
            Order] on Defendant Janet Davis
12

13   __X__        United States mail by placing such envelope(s) with postage thereon fully
                  prepaid in the designated area for outgoing mail in accordance with this
14                office's practice whereby the mail is deposited in a United States mailbox
                  after the close of the day's business.
15
16   _____       By personally delivering, or causing to be delivered, a true copy thereof to
                  the persons at the addresses set forth below.
17
     _____       Via overnight courier
18
     _____       Via facsimile
19

20   L. Eric Dowell                                                      Attorneys for
     Ogletree Deakins Nash Smoak & Stewart, P. C.                         Defendant
21   2415 East Camelback Road, Suite 800                                 Janet Davis
     Phoenix, Arizona   85016
22

23   I declare under penalty of perjury that the foregoing is true and correct.

24   Executed 3 December 2007, at Sacramento, California.
25
26
27                                            Elizabeth Netemeyer Sears
28

weintraub genshlea chediak
LAW CORPORATION