Dale C. Campbell, State Bar No. 99173
Charles L. Post, State Bar No. 160443
James Kachmar, State Bar No. 216781
**weintraub** genshlea chediak
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, California   95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Plaintiff and Petitioner
MV Transportation, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MV TRANSPORTATION, INC., a California corporation; and MV PUBLIC TRANSPORTATION, a California corporation,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>JANET DAVIS; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No.  615066<br><br>DECLARATION OF CHARLES L. POST IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER OR DISMISS<br><br>Date: TBA per Judge's Order<br>Time: TBA per Judge's Order<br>Courtroom:<br><br>Hon. Phyllis J. Hamilton<br><br>Complaint Filed May 2, 2007 |

I, Charles L. Post, declare as follows:

　　1.　　I am an attorney licensed to practice before all courts of the State of California and am a shareholder with Weintraub Genshlea Chediak Law Corporation, attorneys of record for Plaintiffs MV Transportation, Inc. and MV Public Transportation, Inc.  I have personal knowledge of the facts set forth in this declaration except as to matters stated upon information and belief, and as to those matters I believe them to be true and if called upon to do so, I

1. could and would competently so testify under oath.

2. Attached hereto as Exhibit A is a true and correct copy of the Share Purchase Agreement between Ryan James Larsen, Marsha Louise Madrid, Janet Sue Davis and Kevin John Dresser and MV Transportation, Inc., a corporation incorporated under the laws of the State of California, and Local Motion ITS, Inc., a corporation duly incorporated under the laws of Virginia, dated December 5, 2003.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 5, 2007 at Sacramento, California.

_____
Charles L. Post

# EXHIBIT A