UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MV TRANSPORTATION INC, et al.,

    Plaintiffs,

    v.

JANET DAVIS, et al.,

    Defendants.
_____/

No. C 07-5712 PJH

**ORDER GRANTING WITHDRAWAL OF MOTION TO DISMISS FOR IMPROPER VENUE**

On November 27, 2007, the court ordered further briefing in connection with defendant's motion to dismiss or transfer the instant action for improper venue. In accordance with the court's instructions, the parties duly filed opposition and reply briefs on the issue. In her reply, however, defendant stated that she was withdrawing her motion to transfer or dismiss for improper venue, due to a lack of favorable legal authority on the issue.

Defendant's motion is accordingly WITHDRAWN, and the outstanding motion to dismiss or transfer for improper venue is hereby terminated.

**IT IS SO ORDERED.**

Dated: February 1, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge