1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

MV Transportation, Inc.,

        Plaintiff(s),

   v.

MV Public Transportation, Inc.,

        Defendant(s).

07-05712 PJH

**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER**

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**

1    450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

2    to an e-mail directed to adr@cand.uscourts.gov.

3

4         It is the responsibility of counsel to schedule an ADR Phone Conference, if

5    required, to occur before the Case Management Conference.

6

7

8    Dated: February 7, 2008

9                                          RICHARD W. WIEKING
                                           Clerk
10                                         by:    Timothy J. Smagacz

11                                         Timothy Smagacz

12                                         _____
                                           ADR Administrative Assistant
13                                         415-522-4205
                                           Tim_Smagacz@cand.uscourts.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

**PROOF OF SERVICE**

Case Name:        MV Transportation, Inc. v. MV Public Transportation, Inc.

Case Number:     07-05712 PJH

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On February 7, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Charles L. Post
>   weintraub genshlea chediak
>   400 Capitol Mall
>   11th Floor
>   a law corporation
>   Sacramento, CA 95814
>   cpost@weintraub.com

>   Alex James Kachmar
>   Weintraub Genshlea Chediak
>   400 Capitol Mall
>   11th Floor
>   Sacramento, CA 95814

>   Dale Curtis Campbell
>   Weintraub Genshlea Chediak
>   400 Capitol Mall, 11th Floor
>   Sacramento, CA 95814
>   dcampbell@weintraub.com

>   David Augustus Garcia

Ogletree Deakins Nash Smoak & Stewart PC
633 West Fifth Street
Suite 5300
Los Angeles, CA 90071
david.garcia@ogletreedeakins.com

Leigh Eric Dowell
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2415 East Camelback Road
Suite 800
N/A
Phoenix, AZ 85016
eric.dowell@ogletreedeakins.com

Alec Russell Hillbo
Ogletree Deakins
2415 E. Camelback Road
Suite 800
Phoenix, AZ 85016
alec.hillbo@ogletreedeakins.com

MV Transportation, Inc.

'

MV Public Transportation, Inc.

'

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 7, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

_____

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov