1  Dale C. Campbell, State Bar No. 99173
   Charles L. Post, State Bar No. 160443
2  James Kachmar, State Bar No. 216781
   **weintraub** genshlea chediak
3  a law corporation
   400 Capitol Mall, 11th Floor
4  Sacramento, California   95814
   (916) 558-6000 – Main
5  (916) 446-1611 – Facsimile

6  Attorneys for Plaintiffs and Counterdefendants
   MV Transportation, Inc. and
7  MV Public Transportation, Inc.

8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12

13 | MV TRANSPORTATION, INC., a California corporation; and MV PUBLIC TRANSPORTATION, a California corporation, | ) | Case No. 3:07-cv-05712-PJH |
|---|---|---|
| Plaintiffs, | ) | STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM |
| vs. | ) | |
| JANET DAVIS; and DOES 1 through 20, inclusive, | ) | The Hon. Phyllis J. Hamilton |
| Defendants. | ) | |
| AND RELATED COUNTERCLAIM | ) | |

23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

---

{12700/16315/DCC/1015369.DOC;}                1                Stipulation for Ext. of Time to
                                                               Respond to Counterclaim

1  IT IS HEREBY STIPULATED that, pursuant to Local Rule 6-1(a), defendant and
2  counterclaimant Janet Davis has granted plaintiffs and counterdefendants MV Transportation,
3  Inc. and MV Public Transportation, Inc. an extension of time, up to and including February 29,
4  2008, to file their response to the counterclaim in this matter. This purpose of this extension is
5  for the parties to engage in settlement discussions.

Dated: February 7, 2008

WEINTRAUB GENSHLEA CHEDIAK
Law Corporation

By: _____/S/_____
Dale C. Campbell
Attorneys for Plaintiffs and
Counterdefendants MV Transportation, Inc.
and MV Public Transportation, Inc.

Dated: February 7, 2008

OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.

By: _____/S/_____
Alec Hillbo
Attorneys for Defendant and
Counterclaimant Janet Davis