L. Eric Dowell, SBN 011458
Alec Hillbo, SBN 020185
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C., SBN 0504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
Fax: (602) 778-3750
Email: Eric.Dowell@ogletreedeakins.com
Email: Alec.Hillbo@ogletreedeakins.com

Attorney for Defendant/Counterclaimant Janet Davis

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MV TRANSPORTATION, INC., a California corporation; MV Public Transportation, Inc., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>JANET DAVIS; and DOES 1 through 20, inclusive,<br><br>Defendants. | No. CV07-5712<br><br>**STIPULATION TO RESCHEDULE DATE OF CASE MANAGEMENT CONFERENCE**<br><br>The Hon. Phyllis J. Hamilton |

Pursuant to Local Rule 6-2, the parties stipulate to reschedule the time for the case management hearing currently set for February 21, 2008 at 2:30 p.m. The parties are currently engaged in settlement discussions which, if successful, will dispose of the litigation. Additionally, the parties previously stipulated to allow plaintiff/counterdefendant an extension of time to respond to defendant/counterclaimant's claims until February 29, 2008 (Docket No. 35). Plaintiff/counterdefendant's response due February 29, 2008 raises issues of whether the entire case is subject to arbitration. For all these reasons, the parties submit that it makes sense to reschedule the case management hearing for a date at least sixty days after February 29, 2008.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 8, 2008 | **WEINTRAUB GENSHLEA CHEDIAK**<br>Law Corporation |
| 3 | | |
| 4 | | By: /s Dale C. Campbell |
| 5 | | Dale C. Campbell<br>Attorneys for Plaintiffs and<br>Counterdefendants MV Transportation, |
| 6 | | Inc. and MV Public Transportation, Inc. |
| 7 | | |
| 8 | Dated: February 8, 2008 | **OGLETREE DEAKINS NASH SMOAK &**<br>**STEWART, P.C.** |
| 9 | | |
| 10 | | By: /s Alec Hillbo |
| 11 | | L. Eric Dowell<br>Alec Hillbo |
| 12 | | Attorneys for Defendant and<br>Counterclaimant Janet Davis |

5486623.1

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 778-3700