Dale C. Campbell, State Bar No. 99173
W. Scott Cameron, State Bar No. 229828
**weintraub** genshlea chediak
law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Plaintiff
Ekland Marketing Company of California, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EKLAND MARKETING COMPANY OF CALIFORNIA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JAVIER ESTEBAN LOPEZ; VIVEROS EL PINAR, S. Coop., a cooperative organized under the laws of Spain; and Does 1 through 100, <br><br> Defendants. | Case No. 2:05-cv-00761-FCD-GGH <br><br> STIPULATION FOR DISMISSAL WITH PREJUDICE <br><br> [Fed. R. Civ. P. 41(a)(1)(ii)] |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Ekland Marketing Company of California, Inc., and Defendants Javier Esteban Lopez and Viveros El Pinar, S. Coop., through the signatures of their respective counsel, stipulate herein to dismiss this action with prejudice, in its entirety, including all claims and affirmative defenses contained in the First Amended Complaint, the Counterclaim, and answers thereto.

//
//
//
//
//

1  Dated: February 28, 2008

**weintraub** genshlea chediak
law corporation

By: *[signature]*
Dale C. Campbell
State Bar No. 99173

Attorneys for Plaintiff,
Ekland Marketing Company of California, Inc.

8  Dated: February 28, 2008

Squire, Sanders & Dempsey L.L.P.

By: *[signature]*
Jose Luis Martin
State Bar No. 203709

Attorneys for Defendants,
Javier Esteban Lopez and Viveros El Pinar, S. Coop.