1  Dale C. Campbell, State Bar No. 99173
   Charles L. Post, State Bar No. 160443
2  James Kachmar, State Bar No. 216781
   **weintraub** genshlea chediak
3  a law corporation
   400 Capitol Mall, 11th Floor
4  Sacramento, California   95814
   (916) 558-6000 – Main
5  (916) 446-1611 – Facsimile

6  Attorneys for Plaintiffs and Counterdefendants
   MV Transportation, Inc. and
7  MV Public Transportation, Inc.

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13  MV TRANSPORTATION, INC., a California ) Case No. 3:07-cv-05712-PJH
    corporation; and MV PUBLIC           )
14  TRANSPORTATION, a California         )
    corporation,                         ) STIPULATION FOR EXTENSION OF TIME
15                                       ) TO RESPOND TO COUNTERCLAIM
            Plaintiffs,                  )
16                                       )
       vs.                               )
17                                       )
    JANET DAVIS; and DOES 1 through 20,  ) The Hon. Phyllis J. Hamilton
18  inclusive,                           )
                                         )
19          Defendants.                  )
                                         )
20  _____)
                                         )
21  AND RELATED COUNTERCLAIM             )
                                         )
22  _____)

23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

---

{12700/16315/DCC/1021270.DOC;}                1                    Stipulation for Ext. of Time to
                                                                   Respond to Counterclaim

IT IS HEREBY STIPULATED that, pursuant to Local Rule 6-1(a), defendant and counterclaimant Janet Davis has granted plaintiffs and counterdefendants MV Transportation, Inc. and MV Public Transportation, Inc. an extension of time, up to and including March 11, 2008, to file their response to the counterclaim in this matter. This purpose of this extension is for the parties to continue to make progress in their ongoing settlement discussions.

Dated: February 28, 2008

WEINTRAUB GENSHLEA CHEDIAK
Law Corporation

By: /S/ Dale C. Campbell
Dale C. Campbell
Attorneys for Plaintiffs and
Counterdefendants MV Transportation, Inc.
and MV Public Transportation, Inc.

Dated: February 29, 2008

OGLETREE DEAKINS NASH SMOAK &
STEWART, P.C.

By: /S/ Alec Hillbo
Alec Hillbo
Attorneys for Defendant and
Counterclaimant Janet Davis