1  Dale C. Campbell, State Bar No. 99173
   Charles L. Post, State Bar No. 160443
2  James Kachmar, State Bar No. 216781
   **weintraub** genshlea chediak
3  a law corporation
   400 Capitol Mall, 11th Floor
4  Sacramento, California   95814
   (916) 558-6000 – Main
5  (916) 446-1611 – Facsimile

6  Attorneys for Plaintiffs and Counterdefendants
   MV Transportation, Inc. and
7  MV Public Transportation, Inc.

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13 | MV TRANSPORTATION, INC., a California | Case No. 3:07-cv-05712-PJH
14 | corporation; and MV PUBLIC TRANSPORTATION, a California |
15 | corporation, | STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM
16 |       Plaintiffs, |
17 | vs. |
18 | JANET DAVIS; and DOES 1 through 20, inclusive, | The Hon. Phyllis J. Hamilton
19 |       Defendants. |
20 |
21 | AND RELATED COUNTERCLAIM
22 |

23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1  IT IS HEREBY STIPULATED that, pursuant to Local Rule 6-1(a), defendant and
2  counterclaimant Janet Davis has granted plaintiffs and counterdefendants MV Transportation,
3  Inc. and MV Public Transportation, Inc. an extension of time, up to and including March 21,
4  2008, to file their response to the counterclaim in this matter. The parties are actively trying to
5  resolve this case, but need the additional time to work out a few remaining issues. The
6  purpose of this extension is for the parties to finalize their ongoing settlement discussions.

Dated: March 11, 2008

WEINTRAUB GENSHLEA CHEDIAK
Law Corporation

By:_____/S/ Dale C. Campbell_____
Dale C. Campbell
Attorneys for Plaintiffs and
Counterdefendants MV Transportation, Inc.
and MV Public Transportation, Inc.

Dated: March 11, 2008

OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.

By:_____/S/ Alec Hillbo_____
Alec Hillbo
Attorneys for Defendant and
Counterclaimant Janet Davis