Dale C. Campbell, State Bar No. 99173
Charles L. Post, State Bar No. 160443
James Kachmar, State Bar No. 216781
**weintraub** genshlea chediak
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, California  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Plaintiffs and Counterdefendants
MV Transportation, Inc. and
MV Public Transportation, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MV TRANSPORTATION, INC., a California corporation; and MV PUBLIC TRANSPORTATION, a California corporation,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>JANET DAVIS; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 3:07-cv-05712-PJH<br><br>PLAINTIFFS' AND COUNTERDEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br>[Civ. L. R. 3-16]<br><br>The Hon. Phyllis J. Hamilton |

　　　　Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1  Veolia Transportation, Inc. ("Veolia") is the current employer of defendant and
2  counterclaimant Janet Davis ("Davis") and has an interest in this litigation to the extent plaintiffs
3  and counterdefendants MV Transportation, Inc. and MV Public Transportation seek to enjoin
4  Davis's continuing employment with Veolia.

Dated: April 24, 2008

Respectfully submitted,

WEINTRAUB GENSHLEA CHEDIAK
Law Corporation

By: _____/S/ Dale C. Campbell_____
Dale C. Campbell
California State Bar No. 99173

Attorneys for Plaintiffs and
Counterdefendants MV Transportation, Inc.
and MV Public Transportation, Inc.