L. Eric Dowell, SBN 011458 (Pro Hac Vice)
Alec Hillbo, SBN 020185 (Pro Hac Vice)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C., SBN 0504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
Fax: (602) 778-3750
Email: Eric.Dowell@ogletreedeakins.com
Email: Alec.Hillbo@ogletreedeakins.com

Attorneys for Defendant Janet Davis

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MV TRANSPORTATION, INC., a California corporation; MV Public Transportation, Inc., a California corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>JANET DAVIS; and DOES 1 through 20, inclusive,<br><br>　　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMANT | No. CV07-5712-PJH<br><br>**DEFENDANT'S/ COUNTERCLAIMANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

　　　Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Certificate of Interested Entities or Persons

1    Veolia Transportation, Inc. ("Veolia") is the current employer of defendant and
2 counterclaimant Janet Davis ("Davis") and has an interest in this litigation to the extent
3 plaintiffs and counterdefendants MV Transportation, Inc. and MV Public Transportation
4 seek to enjoin Davis's continuing employment with Veolia.

   DATED this 24th day of April 2008.

                                    OGLETREE, DEAKINS, NASH,
                                    SMOAK & STEWART, P.C.


                                    By: s/ Alec Hillbo
                                        L. Eric Dowell
                                        Alec Hillbo
                                        2415 East Camelback Road, Suite 800
                                        Phoenix, Arizona  85016
                                        Attorneys for Defendant Janet Davis

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA  85016
(602) 778-3700

# PROOF OF SERVICE

I hereby certify that I served a copy of the foregoing DEFENDANTS CERTIFICATION OF INTERESTED ENTITIES OR PERSONS on:

Alex James Kachmar
Charles I. Post
Dale Curtis Campbell
Weintraub Genshlea Chediak
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Attorneys for Plaintiff

☒ by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to said counsel and deposited in the U.S. mail at Phoenix, Arizona on the date set forth below;

☐ by causing a copy thereof to be hand-delivered to said counsel's address as shown above on the date set forth below;

☐ by faxing a copy thereof to said counsel on the date set forth below;

☐ by emailing a copy thereof to said counsel as set forth above; or

☒ by using CM/ECF electronic service.

DATED this 24th day of April, 2008.

By:  /s Alec Hillbo, Pro Hac Vice
     Alec Hillbo

6247324.1

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 778-3700