L. Eric Dowell, SBN 011458
Alec Hillbo, SBN 020185
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C., SBN 00504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
Fax: (602) 778-3750

Attorneys for Defendant Janet Davis

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MV TRANSPORTATION, INC., a California corporation; MV Public Transportation, Inc., a California corporation,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>JANET DAVIS; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | No. CV07-5712-PJH<br><br>**NOTICE OF APPEARANCE** |
| AND RELATED COUNTERCLAIMANT | |

NOTICE IS HEREBY GIVEN THAT Gregory Cheng, of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby enters his appearance with L. Eric Dowell and Alec Hillbo on behalf of Defendant Janet Davis for all further proceedings in this matter.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 778-3700

RESPECTFULLY SUBMITTED this 28th day of April 2008.

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

By /s Gregory Cheng
L. Eric Dowell
Alec Hillbo
Gregory Cheng
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016

Attorneys for Defendant

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by first class, postage prepaid, this 28th day of April 2008, on the following:

Alex James Kachmar
Charles I. Post
Dale Curtis Campbell
Weintraub Genshlea Chediak
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Attorneys for Plaintiff

And the Original filed electronically with the Clerk of the Court and a COPY mailed first class on this 28th day of April 2008 to:

Honorable Phyllis J. Hamilton
United States District Court
450 Golden Gate Avenue
Suite 36060
San Francisco, CA  94102-3489

s/ Vicki Hill

6254783.1

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 778-3700