UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

**Date:** May 1, 2008　　　　　　　　　　　　　　**JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-5712 PJH

**Case Name:** MV Transportation Inc., et al. v. Janet Davis, et al.

**Attorney(s) for Plaintiff:**　　No Appearance
**Attorney(s) for Defendant:**　　Gregory C. Cheng

**Deputy Clerk**: Nichole Heuerman　　　　**Court Reporter**: Not Reported

### PROCEEDINGS

　　　Initial Case Management-Not Held.  No appearance is made by plaintiff counsel.  Lead defense counsel does not appear due to unavailability and defense counsel Mr. Cheng is not familiar with the file.  Rather than issuing and order to show cause the court continues the matter one week to May 8, 2008 at 2:30 p.m.  Lead counsel for both sides needs to appear in person.

**Order to be prepared by:**　　[] Pl [] Def []  Court

**Notes:**

**cc:** file