UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

Date:  May 8, 2008                                                           JUDGE:  Phyllis J. Hamilton

Case No:  C-07-5712  PJH

Case Name: MV Transportation, Inc v. Janet Davis

Attorney(s) for Plaintiff:        Dale C. Campbell
Attorney(s) for Defendant:        Alec Hillbo

**Deputy Clerk**:  Nichole Heuerman                    **Court Reporter**: Not Reported

PROCEEDINGS

   Initial Case Management Conference-Held.  The court informs the parties that the motion to compel arbitration will need to be decided first before any other motions are entertained by the court.  The deadline to file the motion to compel arbitration is 10/8/08.  The court sets some pretrial deadlines.  The trial date will be set at the time dispositive motions are heard.

**REFERRALS:**
[x] Case referred to (random) Magistrate Judge for SETTLEMENT CONFERENCE to be completed by 8/6/08 , or as soon thereafter as is convenient for the judge.

**PRETRIAL SCHEDULE:**

Discovery cutoff:   1/30/09
Expert disclosure: 2/27/09; Rebuttal: 3/27/09
Expert discovery cutoff: 4/24/09
Dispositive Motions to be filed by: 5/27/09

**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc:** chambers; Wings