July 7, 2008

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 FAX
: www.weintraub.com
MERITAS LAW FIRMS WORLDWIDE

<u>Via E-Filing</u>

The Honorable James Larson
Chief Magistrate Judge
Courtroom F, 15th Floor
United States District Court,
   Northern District of California
450 Golden Gate Avenue
San Francisco, California   94102

Dale C. Campbell
916.558.6014 DIRECT
dcampbell@weintraub.com

    Re:    *MV Transportation v. Janet Davis*
           U.S.D.C., Northern District of California Case No. CV07-5712 PHJ
           Continued Settlement Conference

Dear Magistrate Larson:

This letter will confirm that the settlement conference in the above-referenced matter has been continued from July 18, 2008, at 10:00 a.m., to August 12, 2008, at 10:00 a.m. All parties are available to participate in the settlement conference on August 12, 2008.

Very truly yours,

WEINTRAUB GENSHLEA CHEDIAK
Law Corporation

Dale C. Campbell

DCC/ens

{12700/16315/DCC/1050576.DOC;}

weintraub genshlea chediak
LAW CORPORATION