July 7, 2008

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 FAX
: www.weintraub.com
MERITAS LAW FIRMS WORLDWIDE

<u>Via E-Filing</u>

Dale C. Campbell
916.558.6014 DIRECT
dcampbell@weintraub.com

The Honorable James Larson
Chief Magistrate Judge
Courtroom F, 15th Floor
United States District Court,
  Northern District of California
450 Golden Gate Avenue
San Francisco, California  94102

Re: *MV Transportation v. Janet Davis*
U.S.D.C., Northern District of California Case No. CV07-5712 PHJ
Continued Settlement Conference

Dear Magistrate Larson:

This letter will confirm that the settlement conference in the above-referenced matter has been continued from July 18, 2008, at 10:00 a.m., to August 12, 2008, at 10:00 a.m. All parties are available to participate in the settlement conference on August 12, 2008.

Very truly yours,

WEINTRAUB GENSHLEA CHEDIAK
Law Corporation

Dale C. Campbell

DCC/ens



IT IS SO ORDERED
Judge James Larson

{12700/16315/DCC/1050576.DOC;}

weintraub genshlea chediak
LAW CORPORATION