## CIVIL MINUTES

**Chief Magistrate Judge James Larson**

**Date:** August 12, 2008

**Case No.: C 07-5712 PJH   (JL)**

**Case Name:   MV Transportation v. Janet Davis**

**Counsel Present:**        **Plaintiff**: Dale Campbell

                                    **Defendant:** Raymond Ramsey

**Deputy Clerk:** Venice E. Thomas

I hereby certify that a settlement conference was held in the above-referenced cases with the
following outcome:

              _____          Settle

              _____          Partial settlement

          \_\_\_\_X\_\_\_\_          Did not settle

                                    Further settlement conference ordered:          _____

**Time:**    3.5   hrs

**Comments:**

                                    _Venice E. Thomas_
                                    _____
                                    Venice E. Thomas,  Deputy Clerk

cc: Wings Hom