Dale C. Campbell, State Bar No. 99173
Charles L. Post, State Bar No. 160443
James Kachmar, State Bar No. 216781
**weintraub** genshlea chediak
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, California  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Plaintiffs and Counterdefendants
MV Transportation, Inc. and
MV Public Transportation, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MV TRANSPORTATION, INC., a California corporation; and MV PUBLIC TRANSPORTATION, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>JANET DAVIS; and DOES 1 through 20, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 3:07-cv-05712-PJH<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>[Fed. R. Civ. P. 41(a)(1)(ii)]<br><br>The Hon. Phyllis J. Hamilton |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiffs and counterdefendants MV Transportation, Inc. and MV Public Transportation and defendant and counterclaimant Janet Davis, through the signatures of their respective counsel, hereby

///

///

stipulate to dismiss this action with prejudice, in its entirety, including all claims and affirmative defenses contained in the Complaint, the Counterclaim, and answers thereto.

Dated: February __, 2009

Respectfully submitted,

WEINTRAUB GENSHLEA CHEDIAK
Law Corporation

By: _____
Dale C. Campbell
California State Bar No. 99173

Attorneys for Plaintiffs and Counterdefendants
MV Transportation, Inc. and
MV Public Transportation, Inc.

Dated: February __, 2009

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: _____
Alec Hillbo
Arizona State Bar No. 020185

Attorneys for Defendant and Counterclaimant
Janet Davis

IT IS SO ORDERED
Judge Phyllis J. Hamilton

2/26/09